IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiffs,<br><br>vs.<br><br>MICHAEL J. WELKE, Defendant, and EGM, INC., Garnishee<br><br>Defendants. | 8:13CR146<br><br>ORDER |

This matter comes before this Court on the Motion of Plaintiff, United States of America, Filing No. 226, for an order releasing the garnishment against EGM, INC., located at 32005 Pawnee Rd, Valley, NE 68064.

IT IS ORDERED that the garnishment against EGM, INC. is released.

Dated this 21st day of January, 2025.

BY THE COURT:

s/ Joseph F. Bataillon
Senior United States District Judge